UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

# VIDEO WRIT

| CASE NAME: Hunter v. IDOC et al. | CASE NO.: 21-cv-271-NJR | Date of Hearing: April 13, 2022 at 1:30 PM | Type of Hearing: Motion Hearing  Length of Hearing: 1-2 hours (approx.) |
|---|---|---|---|

TO: **DIRECTOR OF BUREAU OF PRISONS and WARDEN OF PINCKNEYVILLE CORRECTIONAL CENTER**

WE COMMAND that you make the following person(s) available at a designated facility to appear via video conference in the above proceeding before the **HONORABLE NANCY J. ROSENSTENGEL, CHIEF U.S. DISTRICT JUDGE**, sitting in East St. Louis, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID NO. | LOCATION | DATE | TIME TO APPEAR |
|---|---|---|---|---|
| Antonio Hunter | K51529 | Pinckneyville CC | 04/13/2022 | 1:30 PM |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: March 14, 2022**          MONICA A. STUMP, Clerk of Court
                                   UNITED STATES DISTRICT COURT

                          BY:   **s/ Deana Brinkley**
                                **Deputy Clerk**

cc:     Records Dept., Pinckneyville CC

**For any questions associated with this telephone writ, please contact Deana Brinkley, Courtroom Deputy to the Chief Judge Nancy J. Rosenstengel, at (618) 482-9342.**