IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, **Plaintiff,** v. ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*, **Defendants.** | Case No. 21-cv-271-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Antonio Hunter, an inmate of the Illinois Department of Corrections ("IDOC") currently housed at Pinckneyville Correctional Center, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 alleging deliberate indifference in the treatment of his rectal prolapse. This matter is before the Court on Hunter's motion for preliminary injunction, which sought a surgical consultation for his prolapse (Doc. 52).

The Court originally set the matter for hearing for April 13, 2022 (Doc. 56). The parties asked to continue the hearing because a request for a surgical consultation had been submitted for Hunter, and the parties wanted additional time to determine whether the consultation would be approved (Doc. 59). The hearing was rest for May 6, 2022 (Doc. 62).

At the May 6 hearing, counsel for Hunter indicated that they had only recently been provided with updated medical records, and it was still not known whether Hunter

was scheduled for a surgical consultation. The Court heard testimony from Dr. Percy Myers, but Dr. Myers was not clear as to whether a surgical consultation had been approved or scheduled. Counsel for the defense indicated that they believed Hunter had been approved for consultation, but scheduling is not made public as a security concern for the prison. The Court ordered Defendants to update the Court as to the status of Hunter's surgical consult.

After the hearing, the Court received further information from the parties indicating that Hunter's surgical consult has been approved by Wexford Health Sources, Inc., and that he will be seen by colorectal surgeon, Dr. Sean Glasgow, for a surgical consultation.

Hunter's motion for preliminary injunction only sought a surgical consultation. Thus, because Hunter is now scheduled to be seen by a colorectal surgeon for consultation, the Court finds Hunter's request for preliminary injunction **MOOT**. After the consultation, should Hunter believe he is entitled to further relief, he may renew his request for a preliminary injunction at that time.

**IT IS SO ORDERED.**

DATED: May 10, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**