IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cv-271-NJR |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ROBERT JEFFREYS, ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| STEVE MEEKS and STEPHEN RITZ, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF
TIME TO FILE A DISPOSITIVE MOTION**

NOW COME Defendants, the ILLINOIS DEPARTMENT OF CORRECTIONS, ROB JEFFREYS, and STEVE MEEKS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby move this Honorable Court for an extension of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) to file their dispositive motion, up to and including May 12, 2023. In support, Defendants state as follows:

1. Plaintiff filed his Complaint in this matter, through retained counsel, on March 10, 2021, alleging violations of his constitutional rights pursuant to 42 U.S.C. §1983. [Doc. 1].

2. On February 1, 2023, the Court extended the discovery deadline to February 8, 2023 and the dispositive motion deadline to March 13, 2023. [Doc. 92].

3. On March 13, 2023, Defendants filed a Motion for Extension of Time to File a Dispositive Motion. [Doc. 93].

4. On March 14, 2023, the Court granted Defendants' Motion for Extension of Time and granted Defendants an extension, up to and including April 12, 2023, to file their dispositive motion. [Doc. 94].

5. The undersigned has begun reviewing transcripts and preparing the dispositive motion on behalf of Defendants, however, based on the undersigned's current caseload, which since

March 13, 2023, has included participation in one (1) deposition, two (2) hearings, ten (10) meetings, preparation for two additional (2) depositions, one (1) meet and confer conference, various defendant telephone calls, and preparation and filing of various discovery responses and pleadings within the Southern District of Illinois and various State Courts, Defendants are in need of additional time in order to prepare their dispositive motion.

6.   Defendants request an extension of time of thirty (30) days, up to and including May 12, 2023, to file their dispositive motion in this matter.

7.   This motion is made in good faith and not for the purpose of undue delay.

8.   Counsel for Co-Defendants have no objection to this request for extension of time.

9.   The undersigned emailed Counsel for Plaintiff on April 10, 2023, regarding their position on this request for extension of time, but as of the time of this filing, has not received a response.

WHEREFORE, Defendants respectfully request this Honorable Court grant their request for an extension of time of thirty (30) days, up to and including May 12, 2023, to file their dispositive motion in this matter and for other such relief as the Court deems just and equitable.

Respectfully submitted,

The ILLINOIS DEPARTMENT OF CORRECTIONS, ROB JEFFREYS, and STEVE MEEKS,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

Tara M. Barnett #6327008
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone (618) 236-8781
Fax: (618) 236-8620
E-Mail: tara.barnett@ilag.gov

BY:   s/Tara M. Barnett
Tara M. Barnett #6327008
Assistant Attorney General

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, ROBERT JEFFREYS, )<br>WEXFORD HEALTH SOURCES, INC., )<br>STEVE MEEKS and STEPHEN RITZ, )<br>)<br>Defendants. ) | Case No. 21-cv-271-NJR |

### **CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, the foregoing document, ***Defendants' Second Motion for Extension of Time to File a Dispositive Motion***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen H. Weil          weil@loevy.com
Lindsay Hagy            lindsay@loevy.com
Dennis S. Harms         dharms@sandbergphoenix.com
Abbey A. Fritz          afritz@sandbergphoenix.com

and hereby certify that on the same date, I caused a copy of the document to be mailed by United states Postal Service to the following non-registered participants:

None

                                                       Respectfully Submitted,

By:     Tara M. Barnett
        Tara M. Barnett, #6327008
        Assistant Attorney General
        Metro East Office
        201 West Pointe Drive, Suite 7
        Belleville, IL 62226
        Telephone: (618) 236-8781
        Facsimile: (618) 236-8620
        Email: tara.barnett@ilag.gov