# EXHIBIT 21

_____ Pinckneyville _____
(Facility)

Offender's Name: Hunter, Antonio      ID# K51529

Reason for Referral:  ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
                     ☑ Evaluation ☐ Management
                     ☐ Procedure/service (specify) _____
                     ☐ Other (specify) _____

Urgent: ☐ Yes  ☑ No

Referred to: BJC - Colorectal Surgeon

Rationale for Referral: Pt c̄ 4th Recurrent Rectal Prolapse. Previously had a Surgical Repair. Have provided him c̄ Fiber diet + encouraged to ↑ Fluids. Will need to be evaluated. _____ (Please send this office note to surgeon)

Jerry My[...]
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date 7/21/22

Report of Referral (Use Reverse Side, if necessary)

Findings: Recurrent full-thickness Rectal prolapse

Assessment: ✓

Recommendations/Plans: 1) Colonoscopy - hematochezia
2) Surgical Repair after prior op notes reviewed

GLASGOW
Print Practitioner's Name    Practitioner's Signature    Date 5/12/22

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision DOC 0255.

Jerry My[...]
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date 5/[..]/22

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator       Page 1 of 1       DOC 025[..]
                                                                          (Replac[..])