# EXHIBIT 22

ILLINOIS DEPARTMENT OF CORRECTIONS

## Individual in Custody Outpatient Progress Notes

### Pinckneyville Correctional Center

**Individual in Custody Information:**
Last Name: Hunter  First Name: Antonio  MI: ___  ID#: K51529

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
|  | MD CALL LINE<br>WT 130  BP 130/90  P 77  R 18  T 98.2<br>DATE 3.1.22  TIME 1350  98%<br><br>S: "Is put in a request 2/4 a H/o rectal prolapse. Was ATP'd. '19 the neurosurgeon saw the prolapse & reported it to the pt. Has not placed a MSC because it had been denied in the past. SR's now has continued to have symptoms: rectal bleeding & try to manipulate his rectum to have a BM.<br>O: Large Hemorrhoids.<br>A: Enlarged Hemorrhoids | Collegial submitted for evaluation by a colorectal surgeon.<br>Wipes - T package/month<br><br>Caduce 100 mg PO BID x 6 mths<br><br>B. Cressman NP<br>3-1-22 |