IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 21-cv-271-NJR |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ROBERT JEFFREYS, WEXFORD HEALTH SOURCES, INC., STEVE MEEKS and STEPHEN RITZ, | ) |
|       Defendants. | ) |

## NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Kyrstin B. Beasley, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of Defendants, the ILLINOIS DEPARTMENT OF CORRECTIONS, ROB JEFFREYS, and STEVE MEEKS, in the above cause.

    Respectfully submitted,

    The ILLINOIS DEPARTMENT OF
    CORRECTIONS, ROB JEFFREYS, and STEVE
    MEEKS,

        Defendants,

    KWAME RAOUL, Attorney General,
    State of Illinois,

        Attorney for Defendants,

By:    s/ Kyrstin B. Beasley
        Kyrstin B. Beasley #6323618
        Assistant Attorney General
        Metro East Office
        201 West Pointe Drive, Suite 7
        Belleville, Illinois 62226
        (618) 236-8784 Phone
        (618) 236-8620 Fax
        E-mail: kyrstin.beasley@ilag.gov
        & gls@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cv-271-NJR |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ROBERT JEFFREYS, ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| STEVE MEEKS and STEPHEN RITZ, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 31, 2023, the foregoing document, ***Notice of Appearance***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen H. Weil          weil@loevy.com
Lindsay Hagy            lindsay@loevy.com
Dennis S. Harms         dharms@sandbergphoenix.com
Abbey A. Fritz          afritz@sandbergphoenix.com

and hereby certify that on the same date, I caused a copy of the document to be mailed by United states Postal Service to the following non-registered participants:

None

Respectfully submitted,

By: *s/ Kyrstin B. Beasley*
Kyrstin B. Beasley #6323618
Assistant Attorney General
Metro East Office
201 West Pointe Drive, Suite 7
Belleville, Illinois  62226
(618) 236-8784 Phone
(618) 236-8620 Fax
E-mail: Krystin.beasley@ilag.gov
& gls@ilag.gov