IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, | ) |
| | ) Case No. 3:21-cv-00271-NJR |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# REPORT OF MANDATORY MEDIATION

A mediation session was held on January 17, 2024. The outcome of the Mandatory Mediation session is as follows:

☐ **CASE HAS SETTLED**.
  ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..
  Or
  ☐ Additional time is needed to consummate the settlement, and the parties request that the Court enter a 60-day order.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☒ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

DATED: 1/17/2024.

/s/ Megan Arvola
Mediator