IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Antonio Hunter, | |
| Plaintiff, | |
| v. | Case No. 21-cv-271-NJR |
| Illinois Department of Corrections *et al.*, | |
| Defendants. | |

## PLAINTIFF'S RULE 26(a)(3) DISCLOSURES

Plaintiff Antonio Hunter, through his undersigned counsel, hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).

**A. Witnesses whom Plaintiff expects to present at trial:**

1. Dr. Glen Babich. c/o Sandberg Phoenix, 600 W. Washington Ave., 15th Floor, St. Louis, MO 63101. Dr. Babich is a Wexford doctor. He is expected to testify about Plaintiff's medical condition in 2018, response of staff to that medical condition including recommended treatment and placements, documents and communications relating to same, and Wexford's policies and procedures relating to same.

2. Christine Brown. c/o Illinois Attorney General's Office, 201 West Pointe Dr., Suite 7, Swansea IL 62226. Ms. Brown was the ADA coordinator at Pinckneyville Correctional Center from approximately 2017 to 2022. She is expected to testify about IDOC rules, policies, procedures, and ADA accommodations at Pinckneyville, as well as IDOC's relationship with Wexford, medical procedures, and Mr. Hunter's medical condition and manifestations, the response of medical and administrative staff to that condition, and documents and communications relating to same.

3. Walter Edwards, K82688. Mr. Edwards is an IDOC prisoner at Western Illinois Correctional Center. He was Mr. Hunter's cellmate in April and May 2024. He is expected to testify about Mr. Hunter's daily routines as well as Mr. Hunter's difficulty toileting in a hygienic manner, the effect on cell hygiene, and the effects he observed on Mr. Hunter's emotions and general presentation.

4. Antonio Hunter. c/o Loevy & Loevy, 311 N. Aberdeen Street, Third Floor, Chicago, IL 60607. Mr. Hunter is the plaintiff in this case. He is currently a

prisoner in the Western Illinois Correctional Center. He will testify about the facts arising from the allegations in his complaint, including the course of his prolapse condition, the efforts to address it, and its effects on his hygiene and his wellbeing.

5. Dr. Steve Meeks.  c/o Illinois Attorney General's Office, 201 West Pointe Dr., Suite 7, Swansea IL 62226.  Dr. Meeks is a defendant in this matter.  He is expected to testify about the allegations in Plaintiff's complaint and the policies and practices of the IDOC.

6. Dr. Percy Myers.  c/o Sandberg Phoenix, 600 W. Washington Ave., 15th Floor, St. Louis, MO 63101. Dr. Meyers provided medical treatment to Plaintiff at Pinckneyville.  He is expected to testify about his treatment and assessment of Plaintiff, including recommendations made for Plaintiff's care and housing.

7. Dr. Jerrold Noble.  c/o Pinckneyville Community Hospital, 5383 IL-154, Pinckneyville, IL 62274. Dr. Noble is a doctor at Pinckneyville Community Hospital.  He treated Plaintiff on May 29, 2019. He is expected to offer testimony about his assessment of Plaintiff at that encounter.

8. Dustin Perry, R34582. Mr. Perry is an IDOC prisoner at Western Illinois Correctional Center.  He was Mr. Hunter's cellmate in August to December 2023.  He is expected to testify about Mr. Hunter's daily routines as well as Mr. Hunter's difficulty toileting in a hygienic manner, the effect on cell hygiene, and the effects he observed on Mr. Hunter's emotions and general presentation.

9. Dr. Venketeswara Poola.  c/o St. John's Hospital, 800 E Carpenter St, Springfield, IL 62769.  Dr. Poola performed a colorectal surgery to repair Plaintiff's rectal prolapse in May 2024.  Dr. Poola is expected to testify about the presentation of Plaintiff's rectal prolapse, the conduct of the surgery, and the results of the surgical procedure.

10. Dr. Stephen Ritz.  c/o Sandberg Phoenix, 600 W. Washington Ave., 15th Floor, St. Louis, MO 63101.  Dr. Ritz is a named defendant in this case.  He is expected to testify about facts arising from the allegations in Plaintiff's complaint, including the presentation at collegial review, the ATP, the subsequent transmission of documents, 2019 correspondence from attorneys about Plaintiff's condition and medical records, Plaintiff's course of treatment, and Wexford policies and procedures relating to the foregoing.

B. **Witnesses Plaintiff will call if the need arises**

1. IDOC custodian of records.  c/o Illinois Attorney General's Office, 201 West Pointe Dr., Suite 7, Swansea IL 62226.  This witness is expected to testify about the IDOC's recordkeeping practices and location of documents.

2. Edward Potash. c/o Illinois Attorney General's Office, 201 West Pointe Dr., Suite 7, Swansea IL 62226.  This witness is expected to testify about the IDOC's recordkeeping and transmission practices with respect to correspondence such as the June 2019 attorney letter in this case.

C. **Witnesses whom Plaintiff expects to present by deposition if the need arises**

1. Dr. Stephen Ritz (in the event Dr. Ritz does not appear in person):

    i. Individual deposition: 12-13, 30-33, 37, 50-51, 61-62,64, 74-75.

    ii. Rule 30(b)(6) deposition: 8-9, 13, 18-20, 22-23, 26-29, 31, 33-34, 40-47, 46-47, 50, 53-55.

D. **Exhibits Plaintiff expects to offer at trial**

1. NRC Problem list (Bates [IDOC] 69-72)

2. Low Bunk Permit (Bates Hunter 001126)

3. January 16, 2018 Progress Notes (Bates [IDOC] **80-81**)

4. Feb. 28, 2018 Lab Results (Bates [IDOC] 558-63)

5. March 27, 2018 Grievance response (Bates Hunter 358)

6. April 19, 2018 Progress Note (Bates [IDOC] **87**)

7. April 28, 2018 Progress Note (Bates [IDOC] 90)

8. May 3, 2018 Progress Note (Bates [IDOC] 92)

9. May 3, 2018, 2018 MSSRR (Bates [IDOC] 119)

10. May 3, 2018 MSSR Denial Note (Bates [IDOC] 120)

11. May 4, 2018 Mental Health Evaluation (Bates Hunter 00387-401)

12. May 8, 2028 Medical Record Transfer Authorization (Bates Hunter 362)

13. June 28, 2018 Progress Note (Bates [IDOC] 93)

14. April 28, 2018 Physically Challenged Handicap Permit (Bates Hunter 359)

15. July 18, 2018 Grievance (Bates [IDOC] 15-16)

16. July 31, 2018 Email (Bates Hunter 364)

17. 2018 Grievances and responses (Bates [IDOC] 02-19)

18. May 29, 2019 Health Status Transfer Summary (Bates [IDOC] 129)

19. November 30, 2018 Mental Health Progress Note (Bates HUNTER-PNK (MR) 848-49)

20. December 3, 2018 Mental Health Progress Note (Bates HUNTER-PNK (MR) 928-29)

21. February 8, 2019 Psychiatric Progress Note  (Bates HUNTER-PNK (MR) 866-73)

22. May 29, 2019 Pinckneyville Community Hospital ED records (Bates [IDOC] 303-13)

23. May 29, 2019 Pinckneyville Community Hospital ED records (Bates [IDOC] 607-09)

24. June 7, 2019 Attorney letter attaching 2012 medical records (ECF 105-30)

25. March 10, 2021 Complaint (ECF 1)ss

26. February 25, 2022 Plaintiff Motion for Preliminary Injunction (ECF 52)

27. March 1, 2022 Progress Note (Bates [IDOC] 630)

28. March 3, 2022 Wexford Notice of Claim (Bates [IDOC] 687)

29. March 6, 2022 Medical Special Services Referral and Report (Bates [IDOC] 686)

30. March 6, 2022 Medical Special Services Referral and Report (Bates [IDOC] 674)

31. March 8, 2022 SIH Records (Bates [IDOC] 688)

32. March 24, 2024 SIH Records (Bates [IDOC] 689-93)

33. March 24, 2022 Progress Note (Bates IDOC 672)

34. March 24, 2022 Med. Special Servs. Referral and Report (Bates [IDOC] 674)

35. March 30, 2022 Progress Note (Bates [IDOC] 673)

36. March 30, 2022 IDOC Colonoscopy Referral Form (Bates [IDOC] 701)

37. April 11, 2022 Progress Note (Bates [IDOC] 682)

38. April 21, 2022 Progress Note (Bates [IDOC] (Bates [IDOC] 684

39. May 12, 2022 Progress Note (Bates [IDOC] 699)

40. May 12, 2022 Medical Servs. Referral and Report (Bates [IDOC] 701-03)

41. May 12, 2022 WU / BJC Medical Records (Bates HUNTER-WU 001-004)

42. May 26, 2022 Progress Note (Bates [IDOC] 700)

43. Records and related images of Plaintiff's May 2024 colorectal surgery at St. John's Hospital in Springfield, IL.

44. Demonstrative exhibit of cell and toilet.

E.  **Exhibits Plaintiff expects to offer at trial if the need arises**

1. April 20, 2021 Ritz Answer (ECF 17)

2. June 11, 2021 IDOC Answer (ECF 34)

3. July 28, 2021 Meeks Answer (ECF 42)

4. Oct. 27, 2022 IDOC Offender Physical Exam (Bates [IDOC] 721-22)

5. Jan 27, 2023 Single-cell permit (Bates [IDOC] 887)

6. Feb. 21, 2023 Low Bunk Permit (Bates [IDOC] 895)

7. April 19, 2023 Culberston Mem. Hosp. Outpatient Consult Report (Bates [IDOC] 777-78)

8. July 7, 2023 Culberston Mem. Hosp. Colonoscopy Report (Bates [IDOC] 793-98)

9. January 10, 2024 Culberston Mem. Hosp. Consult Report (Bates [IDOC] 811-13)

10. Wexford UM Log (HUNTER, A – Wexford Doc. 0006-09)

11. Deposition of Dr. Steve Meeks

12. Deposition of Christine Brown

13. Deposition of Edward Potash

14. Deposition of Dr. Stephen Ritz (individual)

15. Deposition of Dr. Stephen Ritz (Rule 30(b)(6))

16. Deposition of Dr. Glen Babich


Dated: June 2, 2024s                    /s/ Stephen H. Weil
                                        *One of Plaintiff's Attorneys*


                                        Arthur Loevy
                                        Stephen H. Weil
                                        Maria Makar
                                        LOEVY & LOEVY
                                        311 N. Aberdeen, Third Floor
                                        Chicago, IL 60607
                                        (312) 243-5900
                                        weil@loevy.com
                                        *Attorneys for Plaintiff*