IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTONIO HUNTER, #K51529 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-cv-271-NJR |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ROBERT JEFFREYS, WEXFORD HEALTH SOURCES, INC., STEVE MEEKS and STEPHEN RITZ, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' RULE 26(a)(3) DISCLOSURES**

Plaintiff Antonio Hunter, by and through his attorney and pursuant to Fed. R. Civ. P. 26(a)(3), provides his objections to Defendants IDOC and Dr. Meek's Rule 26(a)(3) Disclosures:

A.   Witnesses Defendants expect to present at trial:

**OBJECTIONS: None.**

   a. **Antonio Hunter, #K51529:** c/o Loevy & Loevy, 311 N. Aberdeen St., 3rd Floor, Chicago, IL 60607. Mr. Hunter is the Plaintiff in this matter. He is capable of testifying about the allegations in his Complaint.

   b. **Dr. Steve Meeks**: c/o Office of the Illinois Attorney General, 201 West Pointe Dr., Suite 7, Swansea, IL 62226. Dr. Meeks is a named Defendant in this matter. He is capable of testifying about the allegations in Plaintiff's Compliant and the policies and procedures within the Illinois Department of Corrections.

   c. **Christine Brown,** c/o Office of the Illinois Attorney General, 201 West Pointe Dr., Suite 7, Swansea, IL 62226. Ms. Brown was the ADA Coordinator at Pinckneyville Correctional Center from approximately 2017 to 2022. She is capable of testifying about IDOC rules, policies, procedures, and ADA accommodations at Pinckneyville Correctional Center.

   d. **Edward Potash,** c/o Office of the Illinois Attorney General, 201 West Pointe Dr., Suite 7, Swansea, IL 62226. Mr. Potash is employed as the Executive Secretary II to the Medical Director for the Illinois Department of Corrections. He is capable of testifying about the procedure for receipt of communications within the Office of the Medical Director for the IDOC.

B. <u>Witnesses Defendants will call only if the need arises:</u>

**OBJECTIONS: Plaintiff objects to Defendants IDOC and Meeks's late disclosure of Tyler King and Heather Davis as witnesses Defendants may present at trial. Defendants did not disclose these witnesses in their initial disclosures or at any time prior to filing their 23(a)(3) disclosures on May 31, 2024. Plaintiff objects to these witnesses due to Defendants' late disclosure, as Plaintiff has not had the opportunity to depose them or otherwise gather information about them or their testimony. Plaintiff would suffer undue prejudice from the surprise of their testimony. Plaintiff further objects that the witnesses' testimony would be irrelevant.**

a. **Dr. Stephen Ritz**: c/o Sandberg, Phoenix, 600 Washington Ave., 15th Floor, St. Louis, MO 63101. Dr. Ritz is a named Defendant in this matter. He is capable of testifying about the allegations in Plaintiff's Compliant and the policies and procedures of Wexford Health Sources, Inc.

b. **Dr. Glen Babich**: c/o Sandberg, Phoenix, 600 Washington Ave., 15th Floor, St. Louis, MO 63101. Dr. Babich is capable of testifying about the allegations in Plaintiff's Compliant and the policies and procedures of Wexford Health Sources, Inc.

c. **Dr. Percy Myers**: c/o Sandberg, Phoenix, 600 Washington Ave., 15th Floor, St. Louis, MO 63101. Dr. Myers provided medical treatment to Plaintiff during his time at Pinckneyville Correctional Center and is capable of testifying as to his treatment and assessments of Plaintiff.

d. **Tyler King**: Pinckneyville Correctional Center, 5835 IL-154, Pinckneyville, IL 62274. Mr. King was assigned as Plaintiff's Correctional Counselor II during his time at Pinckneyville Correctional Center and is capable of testifying to his interactions with Plaintiff during the relevant timeframe.

e. **Dr. Jerrold B. Noble**: Pinckneyville Community Hospital, 5383 State Route 154, P.O. Box 347, Pinckneyville, IL 62274. Dr. Noble treated Plaintiff on May 29, 2019, at Pinckneyville Community Hospital and is capable of testifying as to his treatment and assessments of Plaintiff.

f. **Heather Davis, FNP**: SIH Medical Group Colorectal Surgery, 305 W. Jackson St., Suite 206, Carbondale, IL 62901. Ms. Davis evaluated Plaintiff on March 24, 2022, and is capable of testifying as to her treatment and assessments of Plaintiff.

g. **Records Custodian:** Pinckneyville Correctional Center, 5835 IL-154, Pinckneyville, IL 62274. The Records Custodian has knowledge of the recordkeeping procedures at Pinckneyville Correctional Center.

h. **Medical Records Custodian:** Pinckneyville Correctional Center, 5835 IL-154, Pinckneyville, IL 62274. The Medical Records Custodian has knowledge of the medical recordkeeping procedures at Pinckneyville Correctional Center.

      i. Any and all witnesses disclosed by Plaintiff or Co-Defendants as witnesses they may call.

C. <u>Witnesses Defendants expect to present by deposition:</u>

    a. None

D. <u>Exhibits</u>

**OBJECTIONS: None.**

    a. Exhibits Defendants expect to offer at trial.

        1. Plaintiff's Medical Records, Bates stamped Nos. 000069-000908
- a. Outpatient Progress Notes dated January 16, 2018, Bates stamped No. 000080-000081
- b. Outpatient Progress Note dated April 19, 2018, Bates stamped No. 000087
- c. Outpatient Progress Note dated April 28, 2018, Bates stamped No. 000090
- d. Outpatient Progress Notes dated May 3, 2018, and May 4, 2018, Bates stamped No. 000092
- e. Outpatient Progress Note dated June 28, 2018, Bates stamped No. 000093
- f. Medical Special Services Referral and Report dated April 28, 2018, and May 3, 2018, Bates stamped No. 000119
- g. Medical Special Services Referral Denial or Revision dated May 8, 2108, Bates stamped No. 000120
- h. Pinckneyville Community Hospital Emergency Department Record dated May 29, 2019, Bates stamped No. 000303-000313
- i. Outpatient Progress Note dated March 1, 2022, Bates stamped No. 000630
- j. Outpatient Progress Note dated March 24, 2022, Bates stamped No. 000672
- k. Outpatient Progress Note dated March 30, 2022, Bates stamped No. 000673
- l. Medical Special Services Referral and Report dated March 24, 2022, Bates stamped No. 000674
- m. Outpatient Progress Note dated April 11, 2022, Bates stamped No. 000682
- n. Outpatient Progress Note dated April 21, 2022, Bates stamped No. 000684
- o. SIH Medical Group Letter dated March 24, 2022, Bates stamped Nos. 000689-000693
- p. Outpatient Progress Note dated May 12, 2022, Bates stamped No. 000699
- q. Outpatient Progress Note dated May 26, 2022, Bates stamped No. 000700

      r. Medical Special Services Referral and Report dated May 12, 2022, Bates stamped No. 000701

      s. Medical Special Services Referral and Report dated May 12, 2022, Bates stamped No. 000703

2. Grievance Logs, Bates stamped Nos. 000024; 000032

b. Exhibits Defendants will offer only if the need arises.

1. Plaintiff's Complaint (Court Doc. 1)

2. Plaintiff's Deposition

3. Cumulative Counseling Summary, Bates stamped Nos. 000033-000048

4. IGRV, Bates stamped No. 000001

5. Grievances and Responses, Bates stamped Nos. 000002-000023; 000049-000060

6. June 7, 2019, Letter from Loevy & Loevy re: Plaintiff

7. Deposition of Dr. Steve Meeks

8. Deposition of Christine Brown

9. Deposition of Edward Potash

10. Deposition of Dr. Stephen Ritz

11. Deposition of Dr. Glen Babich

Defendants may introduce any other documents produced in discovery, any documents identified by Plaintiff or Co-Defendants as exhibits, and documents placed on the record by Plaintiff or Co-Defendants, and any affidavits by Plaintiff, Co-Defendants, or witnesses.

              Respectfully submitted,

              /s/ Maria Makar
              *One of Plaintiff's Attorneys*

              Julia Rickert
              Stephen Weil
              Maria Makar
              LOEVY & LOEVY
              311 N. Aberdeen, Third Floor

Chicago, IL 60607
(312) 243-5900
makar@loevy.com
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on the 14th day of June, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Dennis S. Harms
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
dharms@sandbergphoenix.com
*Attorney for Defendants Wexford Health Sources, Inc. and Stephen Ritz, M.D.*

Tara M. Barnett
Office of the Attorney General – Belleville
Tara.barnett@ilag.gov
gls@ilag.gov
*Attorney for Defendants Illinois Department of Corrections and Steven Meeks*

/s/ Maria Makar