IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER, #M33269, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00271-NJR |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, WEXFORD HEALTH | ) |
| SOURCES, INC., STEVE MEEKS, | ) |
| and STEPHEN RITZ, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DR. STEPHEN RITZ AND WEXFORD HEALTH SOURCES, INC.'S RULE 26(a)(3) DISCLOSURES**

Plaintiff Antonio Hunter, by and through his attorney and pursuant to Fed. R. Civ. P. 26(a)(3), provides his objections to Defendants Wexford and Dr. Ritz's Rule 26(a)(3) Disclosures:

**A. Witnesses Defendants Expect To Call At Trial**

**OBJECTIONS: None.**

- Dr. Stephen Ritz: c/o Sandberg Phoenix, 701 Market Street, Suite 600, St. Louis, MO 63101.  Dr. Ritz is a defendant in this matter.  Dr. Ritz is capable of testifying regarding his clinical decision making, the utilization management process, his role in Plaintiff's care and treatment in 2018 and 2019, Plaintiff's allegations and Defendants' defenses.

- Dr. Percy Myers: c/o Sandberg Phoenix, 701 Market Street, Suite 600, St. Louis, MO 63101.  Dr. Myers is capable of testifying regarding his care and treatment of Plaintiff as more fully reflected in Plaintiff's medical records, his clinical decision making, the utilization management process, Plaintiff's allegations and Defendants' defenses.

- Dr. Glen Babich: c/o Sandberg Phoenix, 701 Market Street, Suite 600, St. Louis, MO 63101.  Dr. Babich is capable of testifying regarding Wexford Health Sources, Inc.'s contract with the Illinois Department of Corrections, the utilization management process, policies and procedures at Pinckneyville Correctional Center, the care and treatment of Plaintiff as more fully reflected in Plaintiff's medical records, Plaintiff's allegations and Defendant's defenses.

### B. Witnesses Defendants Will Call If The Need Arises

**OBJECTIONS: Plaintiff objects to Defendants Wexford and Dr. Ritz's disclosure of Bobby Blum, Heather Davis, and Sean Glasgow as witnesses Defendants may present at trial. Defendants did not disclose these witnesses in their initial disclosures or at any time prior to filing their 23(a)(3) disclosures on June 3, 2024. Plaintiff objects to these witnesses due to Defendants' late disclosure, as Plaintiff has not had the opportunity to depose them or otherwise gather information about them or their testimony. Plaintiff would suffer undue prejudice from the surprise of their testimony. Plaintiff further objects that the witnesses' testimony would be irrelevant.**

- Bobby Blum, NP: c/o Sandberg Phoenix, 701 Market Street, Suite 600, St. Louis, MO 63101.  Mr. Blum treated Plaintiff in 2018 and issued Plaintiff a low bunk permit.  He is capable of testifying about his care and treatment of Plaintiff as more fully reflected in Plaintiff's medical records, his clinical decision making, Plaintiff's allegations and Defendants' defenses.

- Antonio Hunter: c/o Loevy and Loevy, 311 N. Aberdeen 3rd Floor, Chicago, IL 60607.  Mr. Hunter is the plaintiff in this matter.  He is capable of testifying regarding his medical and mental health care as more fully reflected in his medical records.

- Dr. Steve Meeks: c/o Office of the Illinois Attorney General, 201 West Pointe Dr., Suite 7, Swansea, IL 62226. Dr. Meeks is a defendant in this matter. He is capable of testifying regarding procedures within the Illinois Department of Corrections and Wexford Health Sources, Inc.'s contract with the Illinois Department of Corrections.

- Christine Brown, c/o Office of the Illinois Attorney General, 201 West Pointe Dr., Suite 7, Swansea, IL 62226. Ms. Brown was the ADA Coordinator at Pinckneyville Correctional Center from approximately 2017 to 2022. She is capable of testifying about IDOC rules, policies, procedures, and ADA accommodations at Pinckneyville Correctional Center.

- Heather Davis, FNP: SIH Medical Group Colorectal Surgery, 305 W. Jackson St, Suite 206, Carbondale, IL 62901. Ms. Davis evaluated Plaintiff on March 24, 2022, and is capable of testifying as to her treatment and assessments of Plaintiff.

- Sean Glasgow, M.D.: Washington University Medical Group, 1044 N. Mason Road, St. Louis, MO 63141.  Dr. Glasgow assessed Plaintiff's condition on May 12, 2022.  He is capable of testifying regarding his assessment of Plaintiff and clinical decision making.

- Any witnesses disclosed by Plaintiff or Co-Defendants in their Rule 26(a)(3) Disclosures

### C. Witnesses Defendants Expect To Present By Deposition

- None

### D. Exhibits

- Exhibits Defendants Expect to Offer At Trial

  - Plaintiff's medical records:

    o   Problem List - Hunter 000003-000004
    o   Offender Physical Examinations - Hunter 000009-000010
    o   Outpatient Progress Notes - Hunter 000024, 000029, 000054-000055, 000058-000059, 000065, 000097-000098, 000101 - 000103, 000106, 000113, 000114, 000120, 000123, 000125-000126, 000724, 001308, 001312-001313, 001315, 001318, (IDOC) 000722-000724, (IDOC) 000730, (IDOC) 000743-000744, (IDOC) 000767, (IDOC) 000775, (IDOC) 000777-000779, (IDOC) 000791, (IDOC) 000797-000813, (IDOC) 000883, (IDOC) 000885, (IDOC) 000887, (IDOC) 000899-000902
    o   Mental Health Records - Hunter 000407-000424
    o   Lab Reports - Hunter 000267, 000269
    o   Utilization Management Documents - Hunter 000156-000157
    o   Offender Transfer Summary 000110
    o   May 11, 2016 Memorandum - Hunter 000340-000341

    **OBJECTION: Plaintiff objects to the introduction of these medical records on the grounds that they are irrelevant and are hearsay. Defendants have not presented an expert witness to authenticate and interpret these records, making them inadmissible. There is no proper foundation to establish the relevance and reliability of the medical records. Further, the source of the records cannot be cross-examined.**

    o   Discharge Summary - Hunter 000343
    o   Low Bunk Permit - Hunter 000357
    o   Single Cell Permit - Hunter 000359
    o   Crossroads Community Hospital - Hunter 000135-000144
    o   Washington University - HUNTER-WU 001 - 004
    o   Medical Record Authorization - Hunter 000362
    o   Little Company of Mary Hospital Records - Hunter 000451-000456, 000481-000483, 000505-000510, 000562-000568

    **OBJECTION: Plaintiff objects to the introduction of these medical records on the grounds that they are irrelevant and are hearsay. Defendants have not presented an expert witness to authenticate and interpret these records, making them inadmissible. There is no proper foundation to establish the relevance and reliability of the medical records. Further, the source of the records cannot be cross-examined.**

    o   Southern Illinois University - HUNTER-SIU 001-016

    **OBJECTION: Plaintiff objects to the introduction of these medical records on the grounds that they are irrelevant and are hearsay. Defendants have not presented an expert witness to authenticate and**

>**interpret these records, making them inadmissible. There is no proper foundation to establish the relevance and reliability of the medical records. Further, the source of the records cannot be cross-examined.**

- Grievance Records

    - Hunter 000358
    - Hunter 000364
    - HUNTER-PNK (GR) 010-014
    - HUNTER-IDOC 014 & 021

- Utilization Management Report - Hunter,A Wexford Doc. 0006

- Exhibits Defendants Will Offer If The Need Arises

    - Commissary Records - HUNTER-PNK (COM) 001-116

    - Counseling Records - HUNTER-PNK (CR) 001-016

Defendants may introduce any other documents produced in discovery, any documents identified by Plaintiff or Co-Defendants as exhibits, and documents placed on the record by Plaintiff or Co-Defendants, and any affidavits by Plaintiff, Co-Defendants, or witnesses.

    Respectfully submitted,

    /s/ Maria Makar
    *One of Plaintiff's Attorneys*

    Julia Rickert
    Stephen Weil
    Maria Makar
    LOEVY & LOEVY
    311 N. Aberdeen, Third Floor
    Chicago, IL 60607
    (312) 243-5900
    makar@loevy.com
    *Attorneys for Plaintiff*

**Certificate of Service**

      I hereby certify that on the 14th day of June, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Dennis S. Harms
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
dharms@sandbergphoenix.com
*Attorney for Defendants Wexford Health Sources, Inc. and Stephen Ritz, M.D.*

Tara M. Barnett
Office of the Attorney General – Belleville
Tara.barnett@ilag.gov
gls@ilag.gov
*Attorney for Defendants Illinois Department
of Corrections and Steven Meeks*

                                              /s/ Maria Makar