IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 21-cv-271-NJR<br><br>DATE:   June 18, 2024<br><br>TIME:   1:30 PM – 2:05 PM<br><br>Court Reporter: Stephanie Rennegarbe<br><br>Courtroom Deputy: Deana Brinkley |

## MINUTES OF FINAL PRETRIAL CONFERENCE

**PRESIDING:**   Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

**COUNSEL FOR PLAINTIFF:**

**COUNSEL FOR DEFENDANTS:**

---

Final Pretrial Conference held. Procedures/scheduling discussed. Eight (8) jurors will be selected.

Motions *in limine* are due on or before **July 2, 2024** with responses due on or before **July 15, 2025 at 12:00 PM.** Counsel shall submit by email proposed jury instructions (in Word format), exhibit and witness lists by **12:00 PM on July 15, 2024**. Lists and proposed instructions shall be emailed to the Court at NJRpd@ilsd.uscourts.gov

Counsel shall be present in the courtroom on **Monday, July 22, 2024 at 8:30 AM.**

The parties will be contacted by a magistrate judge to schedule a settlement conference.