# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| ANTONIO HUNTER *Plaintiff(s)* v. STEPHEN RITZ, et al. *Defendant(s)* | Case Number: 21-cv-00271 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Plaintiff, ANTONIO HUNTER

DATED: 8/7/2024

/s/ Jon Loevy
Signature

Jonathan Loevy - ARDC: #6218254
Name

311 N. Aberdeen St. 3rd Floor
Address

312-243-5900
Phone Number

312-243-5902
Fax Number

jon@loevy.com
E-Mail Address

Rev. 2/11