IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| *ANTONIO HUNTER, #M33269,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-00271-NJR |
| | ) | |
| *ILLINOIS DEPARTMENT OF* | ) | |
| *CORRECTIONS, WEXFORD HEALTH* | ) | |
| *SOURCES, INC., STEVE MEEKS,* | ) | |
| *and STEPHEN RITZ,* | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT DR. STEPHEN RITZ'S SUPPLEMENTAL RULE 26(a)(3) DISCLOSURES

COMES NOW Defendant, Dr. Stephen Ritz, by and through his attorneys Sandberg Phoenix & von Gontard, P.C., and for his Supplemental Rule 26(a)(3) pre-trial disclosures states as follows. These disclosures are intended to add to, and not subtract from, Defendant's prior Rule 26(a)(3) Disclosures (Doc. 150).

### C. Witnesses Defendants Expect To Present By Deposition

- Defendant expects to call Dr. Alberto Butalid, via deposition, if Plaintiff elects to read or play portions of Dr. Butalid's deposition during trial. Pursuant to Rule 26(a)(3)(A)(ii), the portions of Dr. Butalid's deposition that Plaintiff plans to play at trial are designated in the attached transcript.

Defendants may introduce any other documents produced in discovery, any documents identified by Plaintiff as exhibits, and documents placed on the record by Plaintiff, and any affidavits by Plaintiff or witnesses.

SANDBERG PHOENIX & von GONTARD P.C.

By:   /s/ Dennis S. Harms
Dennis S. Harms, #6291610
701 Market Street – Suite 600
St. Louis, MO  63101
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com

*Attorneys for Defendant Stephen Ritz, M.D.*

### Certificate of Service

I hereby certify that on the 4th day of June, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Maria Makar
Julia Rickert
Jon Loevy
Locke Bowman
Loevy & Loevy
makar@loevy.com
julia@loevy.com
jon@loevy.com
locke@loevy.com
*Attorneys for Plaintiff*

  /s/ Dennis S. Harms

40123969.v1

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA





schedule@kentuckianareporters.com

877.808.5856  |  502.589.2273

www.kentuckianareporters.com

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE SOUTHERN DISTRICT OF ILLINOIS

3             CASE NO. 21-CV-271-NJR

4

5                  ANTONIO HUNTER,

6                    Plaintiff,

7

8                       V.

9

10    ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.,

11                  Defendants

12

13

14

15

16

17

18

19

20

21

22

23    DEPONENT:  ALBERTO BUTALID, M.D.

24    DATE:      DECEMBER 20, 2024

25    REPORTER:  OLIVIA M. SIS



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1                           APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFF, ANTONIO HUNTER:

4    Locke Bowman, Esquire

5    Maria Makar, Esquire

6    Julia Rickert, Esquire

7    Loevy & Loevy

8    311 North Aberdeen Street

9    Third Floor

10   Chicago, Illinois 60607

11   Telephone No.: (312) 243-5900

12   E-mail: locke@loevy.com

13           makar@loevy.com

14           julia@loevy.com

15   (Appeared via videoconference)

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES (CONTINUED)

 2

 3    ON BEHALF OF THE DEFENDANTS, WEXFORD HEALTH SERVICES,

 4    INC., STEPHEN RITZ, M.D., AND THE DEPONENT, ALBERTO

 5    BUTALID, M.D.:

 6    Kevin Peek, Esquire

 7    Sandberg Phoenix

 8    600 Washington Avenue

 9    St. Louis, Missouri 63101

10    Telephone No.: (314) 231-3332

11    E-mail: kpeek@sandbergphoenix.com

12    (Appeared via videoconference)

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

```
 1                         INDEX
 2                                       Page
 3    PROCEEDINGS                           7
 4    DIRECT EXAMINATION BY MR. BOWMAN      8
 5    CROSS-EXAMINATION BY MR. PEEK        65
 6    REDIRECT EXAMINATION BY MR. BOWMAN  104
 7
 8                       EXHIBITS
 9    Plaintiff's Exhibit                 Page
10    7 - Antonio Hunter Progress Note - April
11         28, 2018 - Hunter v. IDOC (21-271)
12         000090                          41
13    14 - Physically Challenged Handicapped
14         Single Cell Request - April 28, 2018
15         - Hunter 000359                 42
16    54 - Wexford Collegial Review Log of
17         Antonio Hunter - HUNTER, A - Wexford
18         Doc. 0006-0009                  52
19    62 - Medical Special Services and Referral
20         Report - April 28, 2018 - Page ID #223   34
21
22    Defendant's Exhibit                 Page
23    215 - Antonio Hunter Progress Note -
24         March 1, 2022 - Hunter 001308   98
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                    EXHIBITS (CONTINUED)

2    Defendant's Exhibit                        Page

3    243 - Medical Record Transfer Authorization

4         - May 8, 2014 - Hunter 000362          96

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                         STIPULATION

 2

 3   The deposition of ALBERTO BUTALID, M.D., was taken at

 4   KENTUCKIANA COURT REPORTERS, 730 WEST MAIN STREET, SUITE

 5   101, LOUISVILLE, KENTUCKY 40202, via videoconference in

 6   which all participants attended remotely, on FRIDAY the

 7   20th day of DECEMBER 2024 at 10:16 a.m. (CT); said

 8   deposition was taken pursuant to the FEDERAL Rules of

 9   Civil Procedure. The oath in the matter was administered

10   remotely as permitted by Illinois Supreme Court Order

11   No. 30370 which amended Civil Rule 206(h).

12

13

14   It is agreed that OLIVIA M. SIS, being a Notary Public

15   and Court Reporter for the State of ILLINOIS, may swear

16   the witness.

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    ██████████████████████████

██████████████████████

███████████

4        Q.    ████████████████████████

███████████████████████████████████

████████████████████    Where were you born,

7    Doctor?

8        A.    I was born in Cebu City, Philippines.

9        Q.    Okay.  And when did you come to the United

10    States?

11        A.    I came in 1983.

12        Q.    Okay.  Do you know what month?

13        A.    That was in July --

14        Q.    Okay.

15        A.    -- in 1983.

16        Q.    And did you receive any education while in the

17    Philippines before you came to the United States?

18        A.    Yes.

19        Q.    Can you tell me about that -- after high

20    school?

21        A.    After high school, I went into undergrads,

22    which is the bachelor of science medical technology.

23    Then after that, I went to medical school at Cebu

24    Institute of Medicine.

25        Q.    When did you receive your -- is it a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    bachelor's degree?

2        A.    Yes.

3        Q.    Okay.  When did you -- what year did you

4    receive that?

5        A.    It's in 1974-'75.

6        Q.    And you said it was medical -- in medical

7    technology?

8        A.    Yeah.  Bachelor of science medical technology.

9        Q.    Okay.  And then you went to medical school.

10   Could you spell out the name of the medical school?

11       A.    It's Cebu.  It's C-E-B-U Institute of

12   Medicine.

13       Q.    Was that also in the Philippines?

14       A.    Was also in the Philippines, yes.

15       Q.    Okay.  And what did -- year did you graduate

16   from Cebu?

17       A.    I graduated in 1979 from the medical school.

18       Q.    Okay.  And then after you complete medical

19   school, is there any kind of residency or fellowship

20   that you have to complete?

21       A.    Yeah, we have to do a -- a -- a one year. What

22   we call it, postgraduate.

23                    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



15    Q.    Okay.  Thank you.  All right, Dr. Butalid,

16  after you graduated medical school, were you required to

17  complete any kind of residency or fellowship program?

18    A.    Yes, we have to do one year of -- we call it

19  postgraduate -- graduate internship.

20    Q.    And where did you complete that?

21    A.    I did that at the Chong Hua Hospital in Cebu

22  City, Philippines.

23    Q.    And could you just spell that for us, please?

24    A.    C-H-O-N-G and Hua is H-U-A.

25    Q.    Okay.  And you said that was a one year

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  program?

2      A.    A one-year internship program, yes.

3      Q.    Okay.  Any other education that you received

4  in the Philippines?

5      A.    Yeah, I think that's -- that's it.  Yeah.

6      Q.    Okay.  Were you required to take any board

7  exams in the Philippines?

8      A.    Yes.  Yeah.  We were -- were required to take

9  a board exam.

10      Q.    Okay.  And did you pass the exam?

11      A.    Yeah, I passed the board exam.

12      Q.    Okay.  And then where was the first place you

13  worked after passing the board exam and completing your

14  residency?

15      A.    I -- I work back home in the Philippines in a

16  private hospital for about a year or two until I came

17  over here.

18      Q.    Okay.  But what were the steps for coming over

19  to the United States to practice medicine?

20      A.    I'm sorry.

21      Q.    Sure.  What steps did you have to take --

22      A.    Oh.

23      Q.    -- in order to come from the Philippines to

24  the United States to practice medicine?

25      A.    I had -- I had to take the -- the ECFMG exam

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   except for -- for foreign medical graduates.  And then I

2   had to pass the -- we -- they call it VQE, visa

3   qualifying exam, and then -- yeah, I had to pass the

4   -- that also.

5        Q.   And what year did you pass those?

6        A.   1981, I think.

7        Q.   And then once you passed those, is -- you came

8   over to the United States?

9        A.   Yeah.  Then I -- then I applied -- I applied

10  to several hospitals here in the United States and I had

11  an interview from Chicago Medical School in 1982, I

12  think.  And I got accepted, and so I came over.

13       Q.   Okay.  And then I think you testified about

14  this earlier that you completed a training program with

15  Chicago Medical School?

16       A.   Yes.

17       Q.   How many years was that?

18       A.   Three years.

19       Q.   Okay.  Any other education that you've

20  received?

21       A.   No, that's it.

22       Q.   Okay.

23       A.   I get -- we're required to get a continuing

24  medical education --

25       Q.   Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    -- every year.

 2        Q.    When Mr. Bowman was asking you questions, he

 3   discussed your employment with Wexford and mentioned

 4   that Pinckneyville was one of the facilities you worked

 5   at as a traveling physician; is that correct?

 6        A.    Yes.

 7        Q.    What other facilities did you work at as a

 8   traveling physician?

 9        A.    I worked at Vandalia Correctional Center.  I

10   work at Centralia Correctional Center, Robinson

11   Correctional Center, Lawrence Correctional Center, Big

12   Muddy Correctional, Menards [sic] Correctional.  And

13   then before I started working full-time at -- at

14   Southwestern Illinois Correctional, I also worked here

15   as part-time during that time.

16        Q.    And in 2018, 2019, you did work part-time or

17   as the traveling physician at Pinckneyville.  Is -- was

18   that your earlier testimony?

19        A.    Yes.

20        Q.    Okay.  And at Pinckneyville, you mentioned

21   there was another physician there; is that correct?

22        A.    Yes.

23        Q.    Who was that physician?

24        A.    Dr. Myers.

25        Q.    And did you -- and if I got your prior
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    testimony incorrect, please let me know.  Did you kind

2    of split responsibilities at Pinckneyville with

3    Dr. Myers?

4         A.   Yes.  Mostly he has more because he is there

5    for more days in a week, and I'm going to go there,

6    like, twice, two days in a week.

7         Q.   Okay.  And on those two days, how long was

8    your shift normally, and I'm talking about in 2018,

9    2019?

10        A.   Yeah, about ten hours.

11        Q.   So you work two ten-hour shifts a week at

12   Pinckneyville?

13        A.   Yes.

14        Q.   Do you remember which days of the week those

15   were?

16        A.   Thursday and Sunday.

17        Q.   And now currently, what is your current

18   position?

19        A.   I'm the medical director at Southwestern

20   Illinois Correctional Center.

21        Q.   Okay.  And how many days a week do you work

22   there?

23        A.   I work there four days a week, 40 hours a

24   week.

25        Q.   Okay.  Are there any other medical providers

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   that work at that facility with you?

2       A.   Not this time.

3       Q.   Okay.

4       A.   Currently none.

5       Q.   While at Pinckneyville in 2018, 2019, can you

6   walk me through how patients at the -- at that facility

7   would receive medical care?

8       A.   So if the -- the -- the inmate, if they have

9   complaints, then they write a sick call and then there's

10  a box there that the -- the -- you know, put a note

11  -- put in the note and then the -- the nurses or

12  somebody is -- you know, take the -- the notes every

13  -- every day.  And then the triage -- you know, the

14  -- the symptoms and will -- will need to be seen sooner

15  admitted to be seen later on.  There are times when they

16  have really combining something that they just call,

17  just go to health care unit, you know, directly. Yeah.

18      Q.   And go to the health care unit directly.  What

19  do you mean by that?

20      A.   They can just -- just go there.  If they have

21  their, you know, they're in and out of pain, they can

22  just go there.  And then they the nurse will look at

23  them and it needs to be seen by a physician and then

24  wait for the physician.

25      Q.   And patients that are referred to see the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  physician -- are they seen, depending on the medical

2  issue, are they usually seen that day or scheduled for

3  another appointment another day?  How does that work?

4      A.   Again, it depends on the urgency of the

5  medical issues.

6      Q.   If it's a non-emergent issue, would they be

7  placed on some kind of list to see the doctor later?

8      A.   Yes.

9      Q.   Okay.  I'd like to put in front of you --

10  let's see if I can align it with Plaintiff's Exhibit 7.

11  Do you recall looking at this document earlier in your

12  deposition?

13      A.   Yes.

14      Q.   Okay.  Can you tell me what the document

15  itself is?

16      A.   This is a progress notes.  That's where the

17  complaints, the -- the objective exam, and in the

18  assessment and the plan on the -- in particular in my

19  patient.

20      Q.   Is this particular -- this progress note, is

21  this filled out by physicians only or do nurses

22  sometimes fill them out?

23      A.   The -- the nurses also fill out some notes.

24      Q.   Okay.  This one in particular, I believe you

25  testified earlier was filled out by a physician, though;

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    is that correct?

2        A.    Yes.

3        Q.    Okay.  Do you recognize the signature of that

4    physician?

5        A.    Yes.

6        Q.    Who is it?

7        A.    Dr. Myers.

8        Q.    Okay.  Do you see your handwriting anywhere on

9    this note?

10       A.    No.

11       Q.    Okay.  I kind of want to go through this.  You

12   went through this in pieces earlier, but I'd like to go

13   through it.  Can you tell me the date that this note was

14   entered on?

15       A.    It was on April 28, 2018.

16       Q.    And you filled out this kind of progress note

17   before in your practice, right?

18       A.    I have.

19       Q.    Okay.  So you're familiar with the formatting

20   of this note?

21       A.    Yes.

22       Q.    Okay.  Do you do you see the S after the date?

23       A.    Yes.

24       Q.    Can you tell me what that means?

25       A.    It is subjective.  That's where detailed

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    symptoms.

2        Q.    Okay.  And who gives those symptoms?

3        A.    The -- the patient.

4        Q.    Okay.  And if you can you read what was

5    written in the subjective portion of this note?

6        A.    "Prolapsed rectum, 6 by 12."

7        Q.    And keep going.

8        A.    "Had surgery for correction.  Often will bleed

9    extensively.  Started November 17 in Stateville,

10   unadvised surgery.  Every BM had blood and needs

11   manipulation."

12       Q.    And these are symptoms that the patient

13   reported to Dr. Myers; is that correct?

14       A.    Yes.

15       Q.    Okay.  The next line it says, "O"; is that

16   right?

17       A.    O, yes.

18       Q.    What does, "O," mean?

19       A.    Objective.

20       Q.    And what is objective compared to the

21   subjective now?

22       A.    Objective is the -- the -- the result of the

23   exam that you -- you know, you do on the patient, the

24   -- the findings -- the physical findings of the patient.

25       Q.    The findings by the doctor?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   The doctor, yes.

2      Q.   Okay.  And can you read for -- if you can, can

3  you read what is written in the objective portion?

4      A.   "Was attempting an exam and BM started coming

5  out."

6      Q.   Okay.  So an examination at that time was

7  attempted; is that correct?

8      A.   Yes.

9      Q.   Okay.  The next -- the final line there.  So

10  is that a letter A?

11      A.   Yes.

12      Q.   What does the A mean?

13      A.   Assessment, your working diagnosis.

14      Q.   Okay.  And what is the working diagnosis?

15      A.   History of prolapsed rectum.

16      Q.   History of, right?

17      A.   Yes.  History of prolapsed rectum.

18      Q.   And then on the right column, there's a letter

19  P; is that right?

20      A.   Yes.

21      Q.   What does the P stand for?

22      A.   P for -- is for plan.

23      Q.   And what is written for the plan of care?

24      A.   One is single cell and number two is a

25  surgical console.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  Do you see anywhere on that note that

2    there is a diagnosis of rectal prolapse on April 28,

3    2018?

4    A.   History of rectal prolapse only, yeah.

5    Q.   Sorry.  Did you say history only?

6    A.   Yeah.  There's a history of rectal -- rectal

7    prolapse.

8    Q.   So based on this note, there's no current or

9    finding at the time of April 28, 2018 of a rectal

10   prolapse; is that correct?

11   A.   They didn't share that.

12   Q.   I'm sorry.  Can you say that one more time?

13   A.   Yeah, it -- it didn't.  They -- they -- the

14   -- on exam there was not mentioned about that.

15   Q.   Okay.  You can hand that note back to me.

16   Thank you.  I am going to hand you Plaintiff's Exhibit

17   14.  Do you remember looking at this document earlier in

18   this deposition?

19   A.   Yes.

20   Q.   Okay.  Do you see your handwriting anywhere on

21   this document?

22   A.   No.

23   Q.   Do you know whose handwriting is on the

24   document?

25   A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Who is that?

2      A.    The coordinators.

3      Q.    Okay.  Looking at the second half of the page

4  -- well, I'm sorry.  First, can you tell me what this

5  document is?

6      A.    This is the physically challenged request

7  -- handicap request.

8      Q.    And what has been a requested change?

9      A.    Single cell for the patient.

10     Q.    Okay.  And who's the patient?

11     A.    Hunter Antonio.

12     Q.    All right.  And this was or what date was

13 this?

14     A.    It was on 4-28-2018.

15     Q.    Okay.  For the reason, was -- that is

16 Dr. Myers' handwriting; is that correct?

17     A.    Yes.

18     Q.    Okay.  Can you read what the reason is?

19     A.    "Single cell, history of rectal prolapse and

20 bowel movement associated with blood which" -- that I

21 don't know -- yeah.  "With every cell and possible

22 hazard to cellmate."

23     Q.    ████████

24         ████████████████████████████████████

   ██████████████████████████

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       ████████████████████████

████████████████

3       Q.    Doctor, could you repeat the last part of what
4    you said?

5       A.    "Possible hazard to cellmate."

6       Q.    █████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

███████████████

15      Q.    But Doctor, again, this says, "History of
16   rectal prolapse"; is that correct?

17      A.    Yes.

18      Q.    Is there any indication of a diagnosis of
19   current rectal prolapse on that note?

20      A.    Not -- none mentioned.

21      Q.    Okay.  And do you see your name on this
22   document?

23      A.    Yes.

24      Q.    Can you read me what it says regarding your
25   name?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    "Dr. Butalid canceled 5-3-18" -- 31 or 18.

2      Q.    **Do you recall this cancellation that you**

3  **apparently entered?**

4      A.    I can't remember.

5      Q.



24      Q.    **Doctor, could -- you recall discussing**

25  **collegial review earlier in your testimony?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    A.    Yes.

2    Q.    Can you tell me again about what the collegial

3 review process is in 2018, 2019 while you worked at

4 Pinckneyville?

5    A.    Yes.  Collegial review process is -- you know,

6 is a system where we confer with the utilization

7 management, the corporate -- you know, level or -- or

8 some tests or consultations to be done the outside as

9 well or outside correctional facility.

10    Q.    And in 2018, 2019, who did -- was that

11 conversation with if you made the call?

12    A.    Dr. Fritz -- Ritz.  Not Fritz, Ritz.

13    Q.    With an R, right?

14    A.    With an R.

15    Q.    ███████████████████████████████████████

███████████████████████████████████████████████

████████████████████    When I say ATP, do you know what I'm

18 talking about?

19    A.    Yes.

20    Q.    What is that?

21    A.    It's an alternative treatment plan.

22    Q.    Okay.  And when is the alternative treatment

23 plan typically entered in your experience?

24    A.    After a discussion with the corporate

25 physician.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Okay.  And if an alternative treatment plan is
2  entered, that means that the original -- that you were
3  not going to proceed with the original referral request;
4  is that fair?
5      A.    At the time --
6      Q.    Okay.
7      A.    -- yes.
8      Q.    And by at that time, what -- can you elaborate
9  on that?
10     A.    It just means that -- you know, if -- if the
11  alternative treatment plan is -- is not helping the
12  symptoms or the disease of the -- of the patient, then
13  -- you know, it can be -- you know, collegial again, and
14  hopefully it will be --

15

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    ██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████

██████████████████████████████████████████████

██████████████████

7        Q.    And so Doctor, correct me if I'm wrong, but it

8    means that if the alternative treatment plan that was

9    submitted does not work, then the referring physician on

10   site can then resubmit a referral request.  Did I get

11   that correct?

12       A.    Yes.

13       Q.    Okay.  So if a referral request is not

14   approved at the time, that doesn't mean a firm denial

15   forever; is that correct?

16       A.    Yes.

17       Q.    Okay.  If you don't agree with the decision

18   from the -- well, let me back up.  The collegial review

19   process is -- would you describe that as a conversation

20   between you and Dr. Ritz at that time?

21       A.    Yes.

22       Q.    Is there another way that you would describe

23   it other than a conversation?

24       A.    No.  That's basically presenting the -- you

25   know, the case to the corporate physician.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   ███████████████████████

2  How is the medical issue communicated to Dr. Ritz

3  leading up to that conversation?

4            ████████████████████████

███████████████

███████████

██████████████

8     A.   Yeah.  Usually -- you know, we -- we -- in the

9  phone conversation that he will tell the physician

10  -- the site physician, this is what -- you know, needs

11  to be done.  And then after that -- you know, the -- his

12  office will send a -- you know, the -- the -- the orders

13  -- you know, to the treatment plan.

14     Q.   ██████████████████

████████████████████████

████████████████  Do you do anything in

17  preparation for the collegial review call in order to

18  inform Dr. Ritz ahead of time, or is everything

19  established during the call?

20     A.   No, he will -- he will get the consults and

21  the pertinent history on the -- on the -- on the patient

22  -- on the case ahead of time, a few days before.

23     Q.   And then you discussed those records with

24  Dr. Ritz; is that fair?

25     A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q.   Okay.  Is the result of those conversations

2  usually in agreement between you and Dr. Ritz?

3  ███████████████████████

4  ████████████████████████

████████████████████████████████████████

████████████████

████████████████████████████

8  A.   Most of the time.

9  Q.   If you don't agree with the process -- or

10 strike that.  If you don't agree with the final

11 decision, is there -- are there any steps you can take?

12 A.   We can -- you know, we can rediscuss it with

13 him and -- unless it -- the -- the -- the plan could

14 cause immediate harm on the -- on the patient, then

15 yeah, I -- you know, discuss it with him.

16 Q.   And as you testified earlier, as an on-site

17 physician, you can always resubmit the referral

18 requests; is that correct?

19 A.   Yes.

20 Q.   Okay.  Have you ever been discouraged by

21 Dr. Ritz or anyone with Wexford to make referral

22 requests?

23 A.   No.

24 ████████████████████████████

████████████████████

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 ████████████

2     Q.   Have you ever been discouraged by Dr. Ritz or

3 anyone within Wexford from asking for an inmate to

4 receive care outside of the prison?

5     A.   No.

6 ████████████████████████

████████████

8     Q.   The documents that we've been going over

9 today, are those the types of documents that would've

10 been sent to Dr. Ritz ahead of the collegial review

11 call?

12     A.   Yes.

13     Q.   Do you recall specifically sending him those

14 documents?

15     A.   I can't recall.  Don't remember.

16     Q.   Do you -- outside of what's contained in the

17 documents that you reviewed, do you have any independent

18 recollection of the conversation with Dr. Ritz?

19     A.   No, I can't -- I can't recall.

20     Q.   Sorry, please.  Just give me just a minute.

21 Okay.  Doctor, I'm going to hand you what was given to

22 you earlier, Plaintiff's Exhibit 62.  Do you recall

23 looking at this document earlier today?

24     A.   Yes.

25     Q.   And can you explain again what this document

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    is?

2        A.    This is the special -- medical special

3    services referral and report.

4        Q.    In the top half of the page, is that your

5    handwriting?

6        A.    No.

7        Q.    Whose handwriting is that?

8        A.    Dr. Myers.

9        Q.    Okay.  If you can read it, can you kind of go

10   through the handwriting -- strike that.  "The rationale

11   for referral."  Do you see that?

12       A.    Yes.

13       Q.    Can you read what's written after, "The

14   rationale for referral"?

15       A.    "Diagnosed with rectal prolapse six and 12

16   with surgical correction.  October 17th symptoms

17   returned with extensive bleeding.  Surgical evaluation

18   for correction."

19       Q.    Okay.  And I'm going to hand you a document

20   that you looked at earlier.  I'd just like to keep both

21   of those up.  This is Plaintiff's Trial Exhibit 7. What

22   you just read, do you see that on Plaintiff's Exhibit 7

23   anywhere?

24       A.    Yes.

25       Q.    Where is it on Plaintiff's Exhibit 7?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A.    Of -- in, "Had surgery for correction."

2       Q.    Sure.  Let me rephrase.  Under what section of

3    the note is -- are you finding those words?

4       A.    On the subjective part.

5       Q.    And remind me again what subjective is?

6       A.    Subjective is the complaints, the symptoms of

7    the patient.

8       Q.    Okay.  So what's written in, "The rationale

9    for referral," on Exhibit 62 is what's written in the

10   subjective portion of the note by Dr. Myers; is that

11   correct?

12      A.    Yes.

13      Q.    Okay.  So it's subjective complaints, not

14   objective observations; is that correct?

15      A.    Yes.

16      Q.    Okay.  And then the second half of this note

17   -- well, before I go on to that, do you see above the

18   rationale for referral, it says, "Urgent"?

19      A.    Yes.

20      Q.    And the, "Yes," is checked?

21      A.    Yes.

22      Q.    Can you tell me what urgent means in the

23   context of this form?

24      A.    Urgent means that -- need to be -- have a

25   priority -- you know, for the -- for the discussion.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    And by discussion, you mean the collegial

2  review call?

3      A.    Collegial review, yes.

4      Q.    Yeah.  Does, "Urgent," mean immediate and

5  -- or emergent?  Sorry.

6      A.    Sorry.  I mean, not -- not necessarily, but,

7  "Urgent," can be immediate too, but -- yeah, not

8  necessarily.

9      Q.    Okay.  And then the second half of this page,

10 the bottom half, do you see your handwriting on there?

11     A.    On the Exhibit 62?

12     Q.    I apologize, yes.

13     A.    Yeah.

14     Q.    I'm going to remove Exhibit 7 from you.

15     A.    Okay.

16     Q.    So looking just at Exhibit 62 --

17     A.    Yes.

18     Q.    -- do you see your handwriting in the

19 (inaudible) --

20     A.    Yes.

21     Q.    Okay.  And you went over this earlier, but

22 could you read what the recommendations plans are?

23     A.    "Denied surgical evaluation this time.  Get

24 all medical surgical records."  And next line is, "CBC,

25 PT, and PTT."

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   So if I'm correct, Dr. Myers made the referral

2  request, but you participated in the collegial review

3  call?

4    A.   In -- in the -- yeah, discussion.

5    Q.   Okay.  Did that happen often?

6    A.   Not all the time, but it can -- you know, I've

7  done a few times of this.

8    Q.   You testified earlier that sometime -- that a

9  nurse is on the call for the collegial review.  Do you

10  remember that testimony?

11    A.   Yes.

12    Q.   Is the nurse always on the call for the

13  collegial review?

14    A.   No, not always, but there's a secretary or

15  -- or medical records that will help, you know, take

16  notes on the recommendations.

17    Q.   Okay.  But on this one, it looks like you took

18  the notes; is that correct?

19    A.   I -- yeah, I took the notes of that.

20    Q.   Okay.  Do you recall if you spoke with

21  Dr. Myers before making this collegial review call?

22    A.   I can't recall.  I can't remember.

23    Q.   Okay.  What would've been your normal

24  practice?

25    A.   Yeah, usually you -- you discuss -- you know,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    with the other physicians and -- but not all the time.

2        Q.    If you felt like you had sufficient

3    information for the call, would you contact the

4    physician?

5        A.    Not necessarily.

6        Q.    Okay.  Now, regarding the note that you wrote

7    under, "Recommendations plan," it says, "Denied surgical

8    evaluation this time"?  Sorry.

9        A.    This -- yes.

10        Q.    Okay.  And what is the significance of

11    writing, "This time"?

12        A.    That means that at this time -- you know, it

13    is no decision, you know -- right now, unless he -- he

14    needs more information.

15        Q.    Okay.  And then the second line, could you

16    read that for me again?

17        A.    "Get all medical and surgical records."

18        Q.    Okay.  And what would be the purpose of

19    getting those records?

20        A.    So that we have a good history of what exactly

21    was going on, and if he had a surgery, what kind of

22    procedure.  Things like that.

23        Q.    And are you a trained surgeon?

24        A.    No, I'm not.

25        Q.    Okay.  Do you know whether or not a surgeon

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    would find those records useful

2         A.    In -- in some situations, yeah, it -- it

3    could.

4         Q.    Okay.  And then the next line, what's the

5    third line?

6         A.    "CBC, complete blood count, and PT/PTT."

7         Q.    ███████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████

14        Q.    Doctor, I believe you testified earlier that

15   the third line of that regarding the blood tests was

16   your idea; is that correct?

17        A.    Yeah, I usually do them, but I can't remember

18   exactly if -- you know, it was -- it was my or it was

19   Dr. Ritz also --

20        Q.    Okay.

21        A.    -- recommended that.

22        Q.    Are you able to suggest certain additional

23   care when speaking with Dr. Ritz and making the final

24   recommendations and plan?

25        A.    Yeah, we are able to.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q.  Does he normally -- did he normally listen to
2  you in your experience?
3  ████████████████████████████████████
████████████████████
████████████████████████████████
6  A.  Yeah.  Most of the time.
7  Q.  ████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████████
██████████████████
████████████████████████████████████████
████████████████
13  Q.  The final recommendation and plan from a
14  collegial review call is not 100 percent up to Dr. Ritz;
15  is that correct?
16  A.  Yes.
17  Q.  The -- those blood tests that are mentioned,
18  what would those blood tests show in this situation?
19  A.  The CBC will show if the red count is stable
20  or is -- is low, which means anemia or due to excessive
21  bleeding, and then the pro time, or PT, and PTT are the
22  -- the tests to check that the patient doesn't have a
23  -- bleeding problems -- you know, thin blood and --
24  that's causing the bleeding.
25  Q.  Going back to this -- the second line about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   getting medical records, surgical records, as you
 2   testified earlier, there was no date by when it needed
 3   to be completed, right?
 4        A.   No, but I -- you know, usually just talk to
 5   the medical records and tell them that -- you know, you
 6   need it sooner, something like that.  But that's nothing
 7   in here -- to that.
 8        Q.   Okay.  To make that records request and to
 9   follow up on that records request, is that the
10   responsibility of Dr. Ritz, or the on-site physician?
11        A.   The on-site, yeah.
12        Q.   Okay.  Now, Doctor, how long did you work at
13   Pinckneyville?
14        A.   I could not remember, but it's probably three
15   or four months, or more than that.
16        Q.   So you didn't work there in 2019 and 2020?
17        A.   Yes.  And then I worked intermittently, means
18   that it's not always straight -- you know, like six
19   months or -- or two months, and -- you know, off, and
20   then will hire me later on.
21        Q.   Okay.  So you don't know whether Mr. Hunter
22   ever requested additional medical care after middle of
23   2018?
24        A.   I can't remember.
25        Q.   ███████████████████████████████
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



1 ████████████████████████████████████████████

████████████

3 ████████████████████████████████

████████████████████████████

████████████████████████████

████████████████████

7      Q.    Do you have any independent recollection of a

8  Mr. Hunter requesting medical care after 2018?

9      A.    I can't remember.

10      Q.    Do you recall any interaction with Mr. Hunter

11  regarding rectal prolapse?

12      A.    I can't remember.  I don't know.

13      Q.    Sorry.  Could you say that one more time?

14      A.    No, I don't think so.  I can't remember.

15      Q.    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████

████████████████████

████████████████████████████████████████████████

████████████████

████████████████

23      Q.    ████████  Had you seen Mr. Hunter for a further

24  complaint, knowing what you know about his medical care

25  from the records we reviewed, what would've been your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    next step?

2    ███████████████████████

3         THE WITNESS:  Well -- you know, just get all

4    -- you know, this recommendation -- you know, like

5    blood count and blood tests, and get all records as

6    soon as possible.

7    ████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████

█████████████████████████

█████████████████████

████████████████████████████████████

██████████████████

███████████████████████████

█████████████████████████████████████

█████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

21        MR. PEEK:  Thank you.  Thank you. Dr. Butalid,

22    I'm going to hand you a document that's titled

23    Defendants' Exhibit 243.

24             (███████████████████████████████

███████████████████████

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    ████████████████

2        Q.    Do you recognize this document?

3        A.    Yes.

4        Q.    And what is the document itself?

5        A.    It's an authorization to get some medical

6    records -- old medical records.

7        Q.    Okay.  And do you see a stamp in the bottom

8    right corner?

9        A.    Yes.

10       Q.    Is that your signature on the stamp?

11       A.    No.

12       Q.    Is that your handwriting on the stamp?

13       A.    No.

14       Q.    Okay.  Do you recognize the signature?

15       A.    Yes.

16       Q.    And who is that?

17       A.    Dr. Myers.

18                    ████████████████████████████

████████████████████████████████████████████████

██████████████████████████

████████████████████████████████████████████

██████████████████

23       Q.    And Doctor, have you -- do you have much

24   experience with these kinds of authorization forms?

25       A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Okay.

2      A.    I mean, I -- I just order it.

3      Q.    Okay.  Do you see halfway down that page, it

4  says, "Be transferred to," and then do you see your

5  name?

6      A.    Yes.

7      Q.    Okay.  And then what's the other name on

8  there?

9      A.    Myers.

10     Q.    And so what does it mean to put those names

11 there?

12     A.    ████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████

16        THE WITNESS:  That the records will be

17     reviewed, either one of those -- you know, names.

18 BY MR. PEEK:

19     Q.    Okay.  Do you recall ever receiving surgical

20 records with respect to this patient, Mr. Hunter?

21     A.    No.

22     Q.    I'm going to go ahead and take that from you.

23 And I'm going to put another document in front of you,

24 Defendant's Exhibit 215.

25        ████████████████████████████████████



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          ███████████████████

      ████████████

3          Q.    Do you recognize this document?

4          A.    Yes.

5          Q.    Can you tell me what it is?

6          A.    It's a progress note.

7          Q.    Okay.  And do you know -- do you see when the

8     progress note was written?

9          A.    It was three -- March 1, 2022.

10         Q.    Okay.  And earlier we talked about the

11    subjective objective notes.  Is there a shorter name for

12    those kinds of notes?

13         A.    Yes.

14         Q.    What do you call them normally?

15         A.    SOAP.

16         Q.    Okay.  So like, a SOAP note?

17         A.    SOAP, yes.

18         Q.    Okay.  And do you see those on this note as

19    well?

20         A.    Yes.

21         Q.    Okay.

22         A.    Yes.

23         Q.    And who is the patient for this note?

24         A.    Hunter Antonio.

25         Q.    ███████████████████████████████████

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1



**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**



**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

1    ▮▮▮▮▮▮▮▮

2        Q.    Doctor, under the O section, if you can, can

3    you read what's written in the objective section?

4        A.    "Large hemorrhoids."

5        Q.    And that objective is again, the doctor's

6    observations, correct?

7        A.    Yes.

8        Q.    Okay.  And then what is the A section?

9        A.    Assessment.

10        Q.    And what is under that section?

11        A.    "Enlarged hemorrhoids."

12        Q.    Is that where you put a -- in your practice,

13    is that where you put a diagnosis?

14        A.    Yes.

15        Q.    Okay.  Based on that, is it your understanding

16    -- or what is your understanding of a diagnosis with

17    respect to Mr. Hunter here in 2022?

18        A.    Just the hemorrhoids -- enlarged hemorrhoids.

19        Q.    And as we established from the notes in 2018

20    that we reviewed, you did not see any diagnosis at that

21    time of rectal prolapse, right?

22        A.    On the objective.

23        Q.    All right.

24        A.    Yeah.

25        Q.    Okay.  And here we have a firm diagnosis of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    enlarged hemorrhoids, correct?

2        A.    Yes.

3        Q.    Okay.  Okay.  I'm going to take that from you.

4        A.    Okay.

5        Q.    Doctor, earlier today, Mr. Bowman asked some

6    questions and one of them was regarding supervision of

7    the nurses.  Do you recall that question?

8        A.    Yes.

9        Q.    Okay.  Now, are you in charge of hiring or

10   firing nurses?

11       A.    No.  No.

12       Q.    Okay.  Do you have any supervisory

13   responsibilities -- and let me back up.  These questions

14   are in 2018, 2019 while you worked at Pinckneyville.

15   Did you have any supervisory responsibilities of the

16   nurses?

17       A.    No.

18       Q.    Okay.  In your experience, did Dr. Ritz ever

19   deny care in an effort to save money?

20   ████████████████████████████████

     ████████████████████

     ████████████████████████████████

23       A.    No, I can't -- I can't recall.

24       Q.    From your recollection of what -- let me

25   strike that.  Do you have an independent recollection of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   your conversation with Dr. Ritz with respect to this
2   patient in 2018?
3        A.   I can't remember.
4        Q.   ███████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████
    ████████████████████████████████████████████████
    ██████████████████████████████
    ██████████████████████████████████████████████████████
    █████████████████████████████████████
    ███████████████████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████
    ████████████████████████████████████████████████
    ██████████████████
17       Q.   Now earlier you testified that Dr. Ritz
18   directed the care provided to patients, and again, I'm
19   talking about 2018, 2019.  Did he direct all of the care
20   that you provided to any of your patients while you
21   worked at Pinckneyville?
22       A.   Only those that need -- that require special
23   referrals or tests.
24       Q.   And with those special referrals or tests,
25   that's when you engaged in the collegial review process?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   Yes.

2    Q.   Okay.  And that was -- you described that at

3    -- or I'm sorry, would you describe that as a discussion

4    between you and Dr. Ritz?

5    A.   Yes.

6    Q.   In your experience, was alternative treatment

7    plan, was that just a way to keep patients on-site as

8    opposed to sending them out?

9    A.   I think it is an initial option to query

10    options.

11    Q.   Can you elaborate on that?

12    A.   I mean, the -- the -- you try those treatment

13    plan and then if they don't work, then yeah, you can

14    resubmit with collegial, yeah.

15    Q.   Okay.  And then they could be sent offsite; is

16    that correct?

17    A.   Yeah.  I mean, yeah, it -- if -- if -- you

18    know, that's approved, too.

19

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     CERTIFICATE OF DIGITAL REPORTER

2       STATE OF ILLINOIS

3

4 I do hereby certify that the witness in the foregoing

5 transcript was taken on the date, and at the time and

6 place set out on the Stipulation page hereof by me after

7 first being duly sworn to testify the truth, the whole

8 truth, and nothing but the truth; and that the said

9 matter was recorded digitally by me and then reduced to

10 typewritten form under my direction, and constitutes a

11 true record of the transcript as taken, all to the best

12 of my skills and ability. I certify that I am not a

13 relative or employee of either counsel, and that I am in

14 no way interested financially, directly or indirectly,

15 in this action.

16

17        OFFICIAL SEAL
         OLIVIA SIS
       Notary Public, State of Illinois
        Commission No. 978132

18     My Commission Expires Sep 20, 2027

19

20

21

22 OLIVIA M. SIS,

23 DIGITAL REPORTER/NOTARY

24 COMMISSION EXPIRES ON: 09/20/2027

25 SUBMITTED ON: 01/03/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com