IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO HUNTER,

    Plaintiff,

v.

                              Case No. 3:21-CV-271-NJR

STEPHEN RITZ,

    Defendant.

## VERDICT FORM

On Plaintiff Antonio Hunter's claim against Defendant Stephen Ritz, we find in favor of (circle one):

**(Plaintiff Antonio Hunter)** or Defendant Stephen Ritz

*Note:* Complete the following paragraphs only if you found in favor of Plaintiff Antonio Hunter. If you found in favor of Defendant Stephen Ritz, skip to the next page of the form and date and sign it.

We assess compensatory damages, if any, in the following amount: **4 Million**

*Note:* State the amount, or if you find that Plaintiff's damages have no money value, set forth a nominal amount, such as $1.00.

$_____

*Note:* You may not award punitive damages unless you have awarded the Plaintiff compensatory damages. State the amount, or, if none, write the word "none."

We assess punitive damages, if any, in the following amount: **1 million**

$_____ against Defendant Stephen Ritz

Date: 6/12/2025