IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Antonio Hunter, | |
|                Plaintiff, | Case No. 21-cv-271-NJR |
| v. | |
| Stephen Ritz, | JURY TRIAL DEMANDED |
|                Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE HIS PETITION FOR FEES AND COSTS**

Plaintiff Antonio Hunter, through his attorneys, Loevy & Loevy, respectfully moves this court for entry of an order granting him a 30-day extension of the time provided by Rule 54(d)(2)(B)(i) of the Federal Rules of Civil Procedure to file his petition for fees and costs. In support of his request, Plaintiff states as follows:

1. On June 19, 2025, the jury returned a verdict for Plaintiff and against Defendant Stephen Ritz in this matter.

2. As the prevailing party at trial, Plaintiff intends to petition the Court for an award of attorney's fees and costs, pursuant to 42 U.S.C. § 1988 and Rule 54(d)(1) of the Federal Rules of Civil Procedure. The deadline to file this petition is 14 days after entry of judgment, or July 3, 2025. See Fed. R. Civ. P. 54(d)(2)(B)(i).

3. The preparation of Plaintiff's petition for fees and costs is a significant undertaking. Plaintiff's counsel must compile and confirm the hours for the numerous attorneys and staff members who have worked on this case over the years, many of whom are no longer employed at Loevy & Loevy; obtain declarations for each individual regarding their hours and rates; and draft the petition itself.

4.      Plaintiff's counsel has other significant litigation commitments at this time, including impending discovery deadlines, motion practice, appellate briefing, and a fee petition for a different case that counsel tried earlier this year.

5.      As a result, Plaintiff seeks an extension of 30 days, up to and including August 4, 2025, to file his petition for fees and costs. Plaintiff seeks this extension in good faith, and the extension will not prejudice any party.

6.      Plaintiff has conferred with defense counsel, who do not oppose this motion.

WHEREFORE, Plaintiff respectfully moves this Court for a 30-day extension of his deadline for filing a petition for fees and costs, up to and including August 4, 2025.

Respectfully submitted,

**ANTONIO HUNTER**

By: /s/ Julia Rickert
*One of Plaintiff's Attorneys*

Jon Loevy
Locke Bowman
Julia Rickert
Maria Makar
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
Makar@loevy.com