IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO HUNTER,<br><br>       **Plaintiff,**<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, WEXFORD HEALTH SOURCES, INC., LATOYA HUGHES, STEVE MEEKS, and STEPHEN RITZ,<br><br>       **Defendants.** | Case No. 3:21-CV-271-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This action was tried by a jury with Chief District Judge Nancy J. Rosenstengel presiding. The jury rendered its verdict on June 12, 2025.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the jury's verdict (Doc. 266), judgment is entered in favor of Plaintiff Antonio Hunter and against Defendant Stephen Ritz in the amount of $ 5,000,000, plus his costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 28, 2023 (Doc. 118), Defendant Latoya Hughes was **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of July 12, 2024 (Doc. 172), reflecting settlement between Plaintiff Antonio Hunter and Defendants Illinois Department of Corrections and Steve Meeks, these Defendants are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this entire action is **DISMISSED**, and the case is closed.

DATED:   August 4, 2025

>MONICA A. STUMP,
>Clerk of Court
>
>By:  s/ *Deana Brinkley*
>       Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**