In reaching your verdict, you shall not consider testimony about any order made by the Court in this case. That testimony was mistaken. You must disregard all such testimony when deliberating.

40865455.v1 **EXHIBIT 1**