**From:** Michele Parrish <Michele_Parrish@ilsd.uscourts.gov>
**Sent:** Tuesday, June 10, 2025 1:27 PM
**To:** Dennis Harms <dharms@sandbergphoenix.com>; Jennifer E. Blood <jblood@sandbergphoenix.com>; Jon Loevy <jon@loevy.com>; Julia Rickert <julia@loevy.com>; locke@loevy.com; makar@loevy.com
**Subject:** 3:21-cv-00271-NJR Hunter v. Ritz - Jury Instructions

Counsel,

Attached please find the jury instructions that were used in the last trial. There is one highlighted instruction, as it may not be needed depending on the evidence that is presented.

Please let Judge Rosenstengel know if you have any proposed additions or deletions.

Thank you,

Michele L. Parrish

Law Clerk to Chief Judge Nancy J. Rosenstengel

United States District Court

Southern District of Illinois

750 Missouri Avenue

East St. Louis, IL 62201

(618) 482-9168

michele_parrish@ilsd.uscourts.gov

--

**Julia Rickert**

LOEVY + LOEVY

In reaching your verdict, you shall not consider testimony about any order made by the Court in this case. That testimony was mistaken. You must disregard all such testimony when deliberating.

40176184.v1



Maria Makar <makar@loevy.com>

## 3:21-cv-00271-NJR Hunter v. Ritz - Jury Instructions

**Julia Rickert** <julia@loevy.com>                                                                                       Thu, Jun 12, 2025 at 5:46 AM
To: Dennis Harms <dharms@sandbergphoenix.com>
Cc: Michele Parrish <Michele_Parrish@ilsd.uscourts.gov>, "Jennifer E. Blood" <jblood@sandbergphoenix.com>, Jon Loevy <jon@loevy.com>, "locke@loevy.com" <locke@loevy.com>, "makar@loevy.com" <makar@loevy.com>

Dennis, I was fine with the instruction you proposed in Court yesterday, simply telling the jury to disregard any testimony they heard about any past order of the Court. I object to this new proposal characterizing the testimony as mistaken. If we go down that path, we would need to explain what actually happened at that hearing, and no one wants that. I also note that you did not object or move to strike the testimony when it was given.

On Thu, Jun 12, 2025 at 1:31 AM Dennis Harms <dharms@sandbergphoenix.com> wrote:

> Attached is Defendant's proposed withdrawal instruction.
>
> 
>
> **Dennis Harms**
> **Shareholder**
>
> **Chair – Health Law Practice Group**
>
> 701 Market Street, Suite 600, St. Louis, MO 63101
> dharms@sandbergphoenix.com
> Tel: 314.231.3332 | Direct: 314.446.4252 | Fax: 314.241.7604
> https://www.sandbergphoenix.com
>
> CONFIDENTIALITY NOTICE: This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.
>
>